AO 243 (Rev. 01/15)

**FILED**
U.S. District Court
District of Kansas
JUN 27 2016
Clerk, U.S. District Court
By _____ Deputy Clerk

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Kansas, Wichita Division |
|---|---|
| Name (under which you were convicted): Phouc Nguyen | Docket or Case No.: 94-10128-01 |
| Place of Confinement: U.S.P. Beaumont, Texas | Prisoner No.: 41321-083 |
| UNITED STATES OF AMERICA V. | Movant (include name under which convicted) Phouc Nguyen |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U.S District Court, District of Kansas, Wichita Division

   (b) Criminal docket or case number (if you know): 94-10128-01

2. (a) Date of the judgment of conviction (if you know): April 7, 1997
   (b) Date of sentencing: April 15, 1997

3. Length of sentence: Life + 240 Months

4. Nature of crime (all counts):
   18 U.S.C. § 1951 and 2. (Count 1)
   18 U.S.C § 924(c)(1), § 924(j)(1) and 18 USC § 1111(a) and 2. (Count 2)

5. (a) What was your plea? (Check one)
   (1) Not guilty ✓   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ✓   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ✓

8. Did you appeal from the judgment of conviction?   Yes ✓   No ☐

AO 243 (Rev. 01/15)                                                                 Page 3

9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals for the Tenth Circuit
   (b) Docket or case number (if you know): No 97-3106
   (c) Result: Judgment Affirmed
   (d) Date of result (if you know): September 3, 1998
   (e) Citation to the case (if you know): U.S.A v Phouc Nguyen,
   (f) Grounds raised: (1) Fifth Amendment rights were violated by the district court's erroneous admission of post-arrest statements
   (2) Evidence was insufficient to convict on Counts 1 and 2.
   (3) Congress exceeded its authority under the Commerce Clause in enacting 18 U.S.C. § 924(c) and (j)(1).
   (4) Jury Instructions were improper

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐  No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐  No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐  No ☐
    (2) Second petition: Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                           Page 5

GROUND ONE: <u>Johnson v U.S., 135 S.Ct 2551 Is Applicable To</u>
<u>18 U.S.C. § 924(c)(3)(B) Residual Clause.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The language in the ACCA Residual Clause that Johnson held unconstitutionally vague, is similar to § 924(c)(3)(B)'s language. Thus, § 924(c)(3)(B) is also unconstitutionally vague under Johnson. Petitioner's "crime of violence" was defined by § 924(c)(3)(B), where the indictment charges him for both Hobbs Act robbery and an "attempt" to perpetrate a robbery.

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
         Yes ☐   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

<u>Johnson was unavailable</u>

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
         Yes ☐   No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
         Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
         Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
         Yes ☐   No ☐

AO 243 (Rev. 01/15)                                                                 Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

GROUND TWO: An Attempt to perpetrate a robbery, falls under § 924(c)(3)(B) ~~~~~ that was invalidated by Johnson

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In order for Count 2 conviction to stand, since the ruling in Johnson, the predicate crime of violence have to be categorically a "crime of violence" under § 924(c)(3)(A). Petitioner was charged for both Hobbs Act robbery and ~~~~ attempt perpetration of Robbery. An attempt offense is an inchoate offense, under § 924(c)(3)(B). Thus petitioner is actual innocent for the 924(c) offense because Count one is under 924(c)(3)(B)

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Johnson was not available during direct appeal

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

AO 243 (Rev. 01/15)                                                                                                      Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                              Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐

  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                       Page 10

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

*No claim presented herein has ever been presented in federal Court, because Johnson was unavailable during prior litigations.*

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                                                                                                      Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    **Jay Greeno, Wichita Kansas**

    (b) At the arraignment and plea:

    (c) At the trial:
    **David Autry, Oklahoma City, OK**

    (d) At sentencing:
    **(same as § c)**

    (e) On appeal:
    **(same as § c)**

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    **This motion is filed within one-year after the Supreme Court announced its rule in Johnson v United States, 135 S.Ct 2551 (2015) and made it retroactive, pursuant to 28 U.S.C. § 2255(f)(3).**

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

   (1)   the date on which the judgment of conviction became final;

   (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief:

<u>Vacate sentence and dismiss Count 2, and that counsel be appointed.</u>
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on   x  06/23/16  04/15/97 .
(month, date, year)

Executed (signed) on   x  06/23/16   (date)

x _Phuoc Ng_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Phuoc Nguyen #41321-083
US Penitentiary
PO Box 26030
Beaumont, TX 77720



RECEIVED
JUN 2 7 2016
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

United States District Cour
401 N Market St. RM
Wichita, KS 67202-209