# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                                Case No. 94-CR-10129-01-JTM
                                                      No. 16-CV-1410-JTM

PHUOC H. NGUYEN,

      Defendant.

## MEMORANDUM AND ORDER DENYING DUPLICATIVE
## SUCCESSIVE MOTION TO VACATE SENTENCE

Defendant Phuoc Nguyen has filed another successive motion to vacate sentence under 28 U.S.C. § 2255 (Dkt. 278). This motion is duplicative of his previously filed motions to vacate (Dkts. 258, 262, and 270), which the court has rejected and defendant has appealed to the Tenth Circuit Court of Appeals. Nguyen has neither received nor even sought permission from the Tenth Circuit Court of Appeals to pursue his claims as required by § 2255(h). Thus, this court lacks jurisdiction to address the merits of this motion. And because this motion raises the same arguments as his previous § 2255 motions, the court finds referral of this motion to the Tenth Circuit would serve no legitimate purpose. For these reasons, the court dismisses this motion for lack of jurisdiction.

**IT IS THEREFORE ORDERED** this 16th day of November, that defendant's motion to vacate (Dkt. 278) is **DISMISSED**. A certificate of appealability as to this ruling is **DENIED**.

s/   J. Thomas Marten
J. THOMAS MARTEN, District Judge